```
JONATHAN MONTREL JONES        LAKITA ROBERTS
3461 HWY 528                  33 COUNTY ROAD 3113
HEIDELBERG, MS 39439          HEIDELBERG, MS 39439



THOMAS C. ROLLINS, JR.        MSDHS
THE ROLLINS LAW FIRM, PLLC    ATTN: CONSTANCE MORROW
P.O. BOX 13767                PO BOX 352
JACKSON, MS 39236             JACKSON, MS 39205



ACIMA                         ONEMAIN FINANCIAL
9815 S MONROE ST              ATTN: BANKRUPTCY
SANDY, UT 84070               PO BOX 142
                              EVANSVILLE, IN 47701



ALLY FINANCIAL, INC           PARIS JONES
ATTN: BANKRUPTCY              131 COUNTY ROAD 5230
PO BOX 380901                 HEIDELBERG, MS 39439
BLOOMINGTON, IL 55438



CASCADE FINANCIAL             PATRICE TROTTER
ATTN: BANKRUPTCY              1613 COUNTY ROAD 39
2701 E INSIGHT WAY            LOUIN, MS 39338
STE 150
CHANDLER, AZ 85286



CHARLENE CHAPMAN              TOWER LOAN
306 EMERALD LAKES DR          ATTN: BANKRUPTCY
APT 302                       PO BOX 320001
HENRICO, VA 23233             FLOWOOD, MS 39232



ERICA BROWN                   US ATTORNEY GENERAL
21 COUNTY ROAD 395            US DEPT OF JUSTICE
VOSSBURG, MS 39366            950 PENNSYLVANIA AVENW
                              WASHINGTON, DC 20530-0001



INTERNAL REVENUE SERVI        ZANETRA HENDERSON
CENTRALIZED INSOLVENCY        212 SUNFLOWER AVENUE
P.O. BOX 7346                 HATTIESBURG, MS 39402
PHILADELPHIA, PA 19101-7346



INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201
```