

**Department of the Treasury**
**Internal Revenue Service**

CITY VIEW PLAZA II  INSOLVENCY
48 CARR 165 SUITE #2000
GUAYNABO, PR 00968-8000

**Date:**
June 2, 2025

**Chapter and case number:**
13   25-50589

**Person to contact:**
LIZ GARCIA CASELLAS

**Employee ID number:**
1004102268

**Contact numbers:**
Telephone: 787-522-1837
Fax: 855-870-8062

Debtor:   JONATHAN M JONES

Bankruptcy Filed:  April 23, 2025

This is to certify that our records show:

  We're withdrawing the Claim #4 filed by the Internal Revenue Service since is a duplicate of claim #1 filed by the Internal Revenue Service.

 If you have questions, you can call the contact person shown above. Thank you for your cooperation..

Sincerely,

Liz M. Garcia Casellas
Bankruptcy Specialist