**Fill in this information to identify the case:**

Debtor 1: Jonathan Montrel Jones

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 25-50589-KMS

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: Southwest Stage Funding, LLC dba Cascade Financial Services

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 5 6 0 6

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 5/21/2025 | (3) | $ 350.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Jonathan Montrel Jones
         First Name    Middle Name    Last Name

Case number (if known) 25-50589-KMS

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**X** /s/ Jeff D. Rawlings
Signature

Date 6/3/2025

Print: Jeff D. Rawlings
     First Name    Middle Name    Last Name

Title: Attorney at Law

Company: Rawlings & MacInnis, P.A.

Address: PO Box 1789
     Number    Street
Madison    MS    39130
City    State    ZIP Code

Contact phone: 601-898-1180

Email: jeff@rawlingsmacinnis.net

[Print]  [Save As...]  [Add Attachment]  [Reset]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JONATHAN MONTREL JONES            NO. 25-50589-KMS

### CERTIFICATE OF SERVICE

I, Jeff Rawlings, do hereby certify that I served a true and correct copy of the **Notice of Post Petition Mortgage Fees, Expenses, and Charges** by U.S. Mail, postage prepaid to Jonathan Montrel Jones, 3461 Hwy 528, Heidelberg, MS 39439 and via the ECF notification service to Thomas Carl Rollins, Jr., David Rawlings and the U. S. Trustee.

DATED: June 3, 2025.

                                        /s/ Jeff Rawlings
                                        Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

# Rawlings & MacInnis, P.A.

Post Office Box 1789
Madison, Mississippi 39130-1789
601-898-1180
Federal ID No. 64-0815065

May 21, 2025

CASCADE FINANCIAL
BANKRUPTCY@CASCADELOANS.COM

CASE NO. 25-50589

# I N V O I C E

Matter ID: 37778
  JONES, JONATHAN MONTREL
Client ID: CASC

Invoice #: 107922

**For Professional Services Rendered:**

| Date | Init | Description | Amount |
|---|---|---|---|
| 05/21/2025 | JDR | Preparation of Jones proof of claim | $750.00 |
| | | Total Professional Services: | $750.00 |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| For Professional Services: | 0.00 Hours | $750.00 |
| Total Due: | | $750.00 |

_350.00_ Recoverable Fees and Costs

_400.00_ Non-Recoverable Fees and Costs

*Page 1*