UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JONATHAN MONTREL JONES,                         CASE NO. 25-50589-KMS

DEBTOR.                                          CHAPTER 13

### Notice to File Certificate of Service

**To:** Internal Revenue Service
c/o Liz Marie Garcia Casellas
liz.m.garciacasellas@irs.gov

A Certificate of Service (the "Certificate") is required when filing documents through the ECF system. The Certificate must include information indicating how service was accomplished on any party or counsel, and what method of service was utilized. *See* Miss. Bankr. L.R. 9004-1(c).

**You are hereby notified** that a Certificate did not accompany the below document filed on June 2, 2025:

Withdrawal of Claim(s): 4. Dkt. #16

**You are further notified** that failure to file a Certificate on or before June 18, 2025 may result in the setting of a show cause hearing to determine why the above-referenced document should not be stricken or dismissed.

**Dated:** June 4, 2025

**Danny L. Miller, Clerk of Court**
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228-563-1790