United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50589-KMS
Jonathan Montrel Jones  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jun 04, 2025      Form ID: pdf012      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jonathan Montrel Jones, 3461 Hwy 528, Heidelberg, MS 39439-3509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2025 19:27:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5501643 | + Email/Text: ebone.woods@usdoj.gov | Jun 04 2025 19:27:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jeff D. Rawlings | on behalf of Creditor Southwest Stage Funding LLC dba Cascade Financial Services Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net |
| Thomas Carl Rollins, Jr | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 04, 2025 | Form ID: pdf012 | Total Noticed: 3 |

on behalf of Debtor Jonathan Montrel Jones trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    JONATHAN MONTREL JONES,        CASE NO. 25-50589-KMS

**DEBTOR.**                                                                      CHAPTER 13

### Notice to File Certificate of Service

**To:** Internal Revenue Service
c/o Liz Marie Garcia Casellas
liz.m.garciacasellas@irs.gov

A Certificate of Service (the "Certificate") is required when filing documents through the ECF system. The Certificate must include information indicating how service was accomplished on any party or counsel, and what method of service was utilized. *See* Miss. Bankr. L.R. 9004-1(c).

**You are hereby notified** that a Certificate did not accompany the below document filed on June 2, 2025:

    Withdrawal of Claim(s): 4. Dkt. #16

**You are further notified** that failure to file a Certificate on or before June 18, 2025 may result in the setting of a show cause hearing to determine why the above-referenced document should not be stricken or dismissed.

**Dated:**  June 4, 2025                          **Danny L. Miller, Clerk of Court**
                                                                   Dan M. Russell, Jr. U. S. Courthouse
                                                                     2012 15th Street, Suite 244
                                                                     Gulfport, MS 39501
                                                                     228-563-1790