United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50589-KMS
Jonathan Montrel Jones Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jun 06, 2025     Form ID: n031     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Montrel Jones, 3461 Hwy 528, Heidelberg, MS 39439-3509 |
| 5501640 | + | Charlene Chapman, 306 Emerald Lakes Dr, Apt 302, Henrico, VA 23233-7119 |
| 5501641 | + | Erica Brown, 21 County Road 395, Vossburg, MS 39366-5076 |
| 5501644 | + | Lakita Roberts, 33 County Road 3113, Heidelberg, MS 39439-3614 |
| 5501647 | | Paris Jones, 131 County Road 5230, Heidelberg, MS 39439 |
| 5501648 | | Patrice Trotter, 1613 County Road 39, Louin, MS 39338 |
| 5501651 | + | Zanetra Henderson, 212 Sunflower Avenue, Hattiesburg, MS 39402-9263 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 06 2025 19:25:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5501637 | + | Email/Text: bankruptcy@acimacredit.com | Jun 06 2025 19:25:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5501638 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 06 2025 19:25:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5513279 | | Email/Text: bankruptcy@cascadeloans.com | Jun 06 2025 19:25:00 | Southwest Stage Funding, LLC dba Cascade Financial, Services, Cascade Financial Services, PO Box 15035, Chandler, AZ 85244 |
| 5501639 | | Email/Text: bankruptcy@cascadeloans.com | Jun 06 2025 19:25:00 | Cascade Financial, Attn: Bankruptcy, 2701 E Insight Way, Ste 150, Chandler, AZ 85286 |
| 5501643 | + | Email/Text: ebone.woods@usdoj.gov | Jun 06 2025 19:25:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5501645 | + | Email/Text: constance.morrow@mdhs.ms.gov | Jun 06 2025 19:25:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5501646 | + | Email/PDF: cbp@omf.com | Jun 06 2025 19:39:11 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5508350 | + | Email/PDF: cbp@omf.com | Jun 06 2025 19:39:06 | OneMain Financial Group, LLC as Servicer for, OneMain Financial Issuance Trust 2024-1, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5501649 | | Email/Text: bankruptcy@towerloan.com | Jun 06 2025 19:25:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5501650 | ^ | MEBN | Jun 06 2025 19:24:13 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 11

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 06, 2025 | Form ID: n031 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Southwest Stage Funding, LLC dba Cascade Financial |
| cr | | Southwest Stage Funding, dba Cascade financial ser |
| 5501642 | * | Department of Treasury-Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2025                                          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jeff D. Rawlings | on behalf of Creditor Southwest Stage Funding  LLC dba Cascade Financial Services Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jonathan Montrel Jones trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50589−KMS
**Chapter:** 13

**In re:**

Jonathan Montrel Jones
aka Jonathan M Jones
3461 Hwy 528
Heidelberg, MS 39439

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 6, 2025 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 6, 2025                                Danny L. Miller, Clerk of Court