UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          CHAPTER 13 PROCEEDING:
JONATHAN MONTREL JONES                                          25-50589 KMS
3461 Hwy 528
Heidelberg, MS  39439

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor for the following reason:  the mortgage arrears claim is more than provided for in the plan.  Additionally, the claim of Internal Revenue appears to be much more than debtor anticipated.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $3,645.30 per month beginning with the month of August 23, 2025.

RESPECTFULLY SUBMITTED:  July 08, 2025

/s/  DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day,  July 08, 2025.

DEBTOR:

JONATHAN MONTREL JONES
3461 Hwy 528
Heidelberg, MS  39439

ATTORNEY FOR DEBTOR:                    U.S. TRUSTEE:

THOMAS C. ROLLINS, JR                   501 East Court Street
P O Box 13767                           Suite 6-430
Jackson, MS  39236                      Jackson, MS  39201

/s/  DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE