**Fill in this information to identify the case:**

Debtor 1: Jonathan Montrel Jones aka Jonathan M Jones

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of MS (State)

Case number: 25-50589-KMS

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Southwest Stage Funding, LLC dba Cascade Financial Services

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 5 6 0 6

**Date of payment change:** 5/20/26
Must be at least 21 days after date of this notice

**New total payment:** $1,091.53
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $235.38    New escrow payment: $238.40

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?
   - ☒ No
   - ☐ Yes.

   Current HELOC payment: $_____

   Reconciliation amount: + $_____ or
                          - $_____

---

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1  Jonathan Montrel Jones aka Jonathan M Jones          Case number (if known) 25-50589-KMS
         First Name    Middle Name         Last Name

Amount of next payment (including reconciliation amount)                    $_____

Amount of the new payment thereafter (without reconciliation amount)        $_____

### Part 4: Other Payment Change

4. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Signature: /s/ Jeff D. Rawlings          Date: 3/12/2026

Print: Jeff D Rawlings          Title: Attorney at Law
       First Name  Middle Name  Last Name

Company: Rawlings & MacInnis, P.A.

Address: PO Box 1789
         Number  Street
         Madison          MS     3913
         City             State  ZIP Code

Contact phone: (601) 898-1180          Email: jeff@rawlingsmacinnis.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JONATHAN MONTREL JONES
AKA JONATHAN M JONES                    NO. 25-50589-KMS

### CERTIFICATE OF SERVICE

I, Jeff Rawlings, do hereby certify that I served a true and correct copy of the **Notice of Mortgage Payment Change** by first class mail, postage prepaid to Jonathan Montrel Jones aka Jonathan M Jones, 3461 Hwy 528, Heidelberg, MS 39439 and via the ECF notification service to Thomas Carl Rollins, Jr., David Rawlings, and the U.S. Trustee.

DATED: March 12, 2026

/s/ Jeff Rawlings
Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642



REPRESENTATION OF PRINTED DOCUMENT                                                Short

**CASCADE**
Serving The American Dream Through Affordable Home Ownership

P.O. Box 15035
Chandler, AZ 85244

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

Analysis Date: 3/4/26
Loan Number:
Property Address: 3461 HWY 528
HEIDELBERG MS 39439

JONATHAN JONES
3461 HIGHWAY 528
HEIDELBERG MS 39439-3509

|  | CURRENT PAYMENT | NEW PAYMENT EFFECTIVE 05/20/2026 |
|---|---|---|
| Principal & Interest | $853.13 | $853.13 |
| Escrow Deposit | $235.38 | $236.72 |
| Escrow Adjustment | $0.00 | $1.68 |
| **Total Monthly Payment** | **$1,088.51** | **$1,091.53** |

In accordance with federal guidelines, Servicer will review your escrow account annually. Certain conditions may require your escrow account to be reviewed more than once in a 12-month period. This statement details your actual escrow account activity since your previous disclosure statement or your initial disclosure and reflects the anticipated activity for the next 12 months.

### ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE

| Month | Anticipated Payment | Anticipated Disbursement | Description | Anticipated Balance | Required Balance |
|---|---|---|---|---|---|
|  |  |  | STARTING BALANCE | 690.06 | 710.26 |
| May 2026 | 236.72 | .00 |  | 926.78 | 946.98 |
| Jun 2026 | 236.72 | .00 |  | 1,163.50 | 1,183.70 |
| Jul 2026 | 236.72 | .00 |  | 1,400.22 | 1,420.42 |
| Aug 2026 | 236.72 | .00 |  | 1,636.94 | 1,657.14 |
| Sep 2026 | 236.72 | .00 |  | 1,873.66 | 1,893.86 |
| Oct 2026 | 236.72 | .00 |  | 2,110.38 | 2,130.58 |
| Nov 2026 | 236.72 | .00 |  | 2,347.10 | 2,367.30 |
| Dec 2026 | 236.72 | .00 |  | 2,583.82 | 2,604.02 |
| Jan 2027 | 236.72 | 1,132.74 | MOBILE HOME | 1,687.80 | 1,708.00 |
| Feb 2027 | 236.72 | .00 |  | 1,924.52 | 1,944.72 |
| Mar 2027 | 236.72 | 1,708.00 | HAZARD | 453.24 | 473.44 L |
| Apr 2027 | 236.72 | .00 |  | 689.96 | 710.16 |
| TOTAL | 2,840.64 | 2,840.74 |  |  |  |

### CALCULATION OF ESCROW SHORTAGE

| | |
|---|---|
| Anticipated Low Point Escrow Balance | $453.24 |
| Allowable Required Balance | $473.44 |
| Total Escrow Shortage | ($20.20) |
| Monthly Escrow Adjustment (Total divided by 12) | $1.68 |

**How we handle shortages and deficiencies in your escrow account**

Shortages will be cured by you making equal monthly payments over the next 12 months. This means you must pay an additional $1.68 into your escrow account as part of your next 12 monthly payments.

INTERNET REPRINT

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER:                                                                                                         DATE ANALYZED: 3/4/26

### PRIOR 12 MONTH ESCROW HISTORY

This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments and disbursements. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Last year, we estimated how much we would need to withdraw from your escrow account in the coming year to cover the taxes and insurance for your home. We also estimated your escrow account's low monthly balance, which is the amount of funds that we expected would be leftover in your account each month after we paid the taxes and insurance and which we were required to make sure did not exceed 1/6 of the anticipated tax and insurance payments. Because the amounts we actually had to pay for taxes and insurance might have differed from our estimates, the actual low monthly balance might also have differed from our estimates.

| Month of Activity | Anticipated Deposit | Actual Deposit | Anticipated Payment and Description | Actual Payment and Description | | Anticipate Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  | STARTING BALANCE |  | 706.24 | -1,005.28 |
| May 2025 | 235.38 | .00 | .00 | .00 |  | 941.62 | -1,005.28 |
| Jun 2025 | 235.38 | .00 | .00 | .00 |  | 1,177.00 | -1,005.28 |
| Jul 2025 | 235.38 | 234.11 | .00 | .00 |  | 1,412.38 | -771.17 |
| Aug 2025 | 235.38 | 234.11 | .00 | .00 |  | 1,647.76 | -537.06 |
| Sep 2025 | 235.38 | 468.22 | .00 | .00 |  | 1,883.14 | -68.84 |
| Oct 2025 | 235.38 | 234.11 | .00 | .00 |  | 2,118.52 | 165.27 |
| Nov 2025 | 235.38 | 468.22 | .00 | .00 |  | 2,353.90 | 633.49 |
| Dec 2025 | 235.38 | 235.38 | .00 | 1,132.74 MOBILE HOME | * | 2,589.28 | -263.87 |
| Jan 2026 | 235.38 | 235.38 | 1,132.66 MOBILE HOME | .00 |  | 1,692.00 | -28.49 |
| Feb 2026 | 235.38 | 470.76 | .00 | .00 |  | 1,927.38 | 442.27 |
| Mar 2026 | 235.38 | .00 | 1,692.00 HAZARD | 1,708.00 HAZARD | * E | 470.76 | -1,265.73 |
| Apr 2026 | 235.38 | .00 | .00 | .00 | E | 706.14 | -1,265.73 |
| TOTAL | 2,824.56 | 2,580.29 | 2,824.66 | 2,840.74 |  |  |  |

This is an attempt to collect a debt from a debt collector. Any information obtained will be used for that purpose. However, to the extent your original obligation has been discharged or is subject to an automatic stay under the United States Bankruptcy Code, this notice is for compliance and/or informational purposes only and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.